UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CONNIE CHERRONE, RICARDO DOMINGUEZ, DENISE ELLIS, THOMAS HOOVER, HAZEL SARMIENTO, THELMA KNIGHTON, HENRY KNIGHTON, VICENT MACIAS, SHAHANNY MACIAS, TRAVIS MARTIN, KATIE MARTIN, DUC TAN NGUYEN, STEPHEN ORTEGA, DALE RISENHOOVER, KRISTA REGO, and JARED STERRITT,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FLORSHEIM DEVELOPMENT, a California Corporation; FLORSHEIM PROPERTIES, a California Corporation; ROSE PETALS, LLC, a California Limited Liability Company; ROSE PARK, LLC, a California Limited Liability Company; and DOES 1-300 inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　/ | NO. CIV. 2:12-02069 WBS CKD<br><br>ORDER |

----oo0oo----

Judgment was entered in favor of defendants, (Docket

1

1  No. 30), and defendants submitted a bill of costs for $774.24 in
2  copying fees, (Docket No. 33).  Plaintiffs have not objected to
3  the costs pursuant to Eastern District Local Rule 292(c).  See
4  Stanley v. Univ. of S. Cal., 178 F.3d 1069, 1079 (9th Cir. 1999)
5  ("[Federal Rule of Civil Procedure] 54(d) creates a presumption
6  in favor of awarding costs to prevailing parties, and it is
7  incumbent upon the losing party to demonstrate why the costs
8  should not be awarded.")

9            Federal Rule of Civil Procedure 54(d)(1) and Local Rule
10 292(f) govern the taxation of costs to losing parties, which are
11 generally subject to limits set under 28 U.S.C. § 1920.  See 28
12 U.S.C. § 1920 (enumerating taxable costs); Fed. R. Civ. P.
13 54(d)(1) ("Unless a federal statute, these rules, or a court
14 order provides otherwise, costs--other than attorney's fees--
15 should be allowed to the prevailing party."); E.D. Cal. Local R.
16 292(f).  Reviewing the submitted exhibit and considering that
17 courts have awarded copying fees in similar cases, the court
18 finds defendants' bill of costs appropriate under the
19 circumstances.  See e.g., Haagen-Dazs Co., Inc. v. Double Rainbow
20 Gourmet Ice Creams, Inc., 920 F.2d 587, 588 (1990).

21            IT IS THEREFORE ORDERED that costs of $774.24 be taxed
22 against plaintiffs in favor of defendants.

23 DATED: June 1, 2013

                          _____
                          WILLIAM B. SHUBB
                          UNITED STATES DISTRICT JUDGE

2